Date: 08/28/2015

# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # :  10-32537

Debtors:  Margie Glenn Smith
705 N Marietta St
Gastonia, NC  28052-7346

FILED
U.S. Bankruptcy Court
Western District of NC

AUG 3 1 2015

Steven T. Salata, Clerk
Charlotte Division
EA

Account Number:  8613

Creditor Information:  BENEFICIAL MORTGAGE CO OF NC 636 GRAND REGENCY BLVD BRANDON
FL 33510-0000 // 2ND MTG/STRIP LIEN-705 N MARIETTA ST GASTONIA NC
Amount of Turnover:  $1,208.47                    94-Dsb Ck-Crdtr Prin

**Total Turnover Amount:  $1,208.47**